# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE: 3/12/2020
JUDGE: Brett H. Ludwig
CASE NO.: 17-cv-0673-bhl
CASE NAME: Cox v. City of Waukesha
MATTER: Status Hearing
APPEARANCES: Mark G Weinberg, Attorney for Plaintiff
Adele D Nicholas, Attorney for Plaintiff
Benjamin Sparks, Attorney for Defendant
TIME: 10:08 a.m. – 10:34 a.m.
COURTROOM DEPUTY: Melissa P.

**AUDIO OF THIS HEARING IS AT ECF NO. 40**

Counsel for the parties reported on the status of the case. For the reasons stated on the record, the Court DENIED Defendant's motion for summary judgment, (ECF No. 11), and motion for sanctions, (ECF No. 16).

After denying Defendant's motions, the Court encouraged the parties to resolve the case. The parties shared their views on how to move the case forward. The Court continued the hearing until **4/23/21 at 10:00 a.m.** to allow the parties time to meet and confer and, if they are unable to reach a consensual resolution of the case, ordered the parties to file a Rule 26(f) report no later than **4/16/21**. Accordingly,

**IT IS HEREBY ORDERED** that, for the reasons stated on the record, Defendant's motion for summary judgment, (ECF No. 11), and motion for sanctions, (ECF No. 16), are **DENIED**.

**IT IS FURTHER ORDERED** that the parties file a Rule 26(f) report no later than **April 16, 2021.**

**IT IS FURTHER ORDERED** that a continued status hearing will be held by telephone on **April 23, 2021 at 10:00 a.m.** To appear by telephone, counsel must call the Court conference line at 1-866-434-5269 and enter access code 1737450# before the scheduled hearing time.

Dated at Milwaukee, Wisconsin on March 12, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge